UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET FRANKLIN-CHOMAS, <br><br> Plaintiff, <br><br> v. <br><br> INTERNET REFERRAL SERVICES, LLC; et al., <br><br> Defendants. | Case No.:  3:24-cv-02320-L-DDL <br><br> **ORDER OF DISMISSAL** <br><br> **[ECF No. 63]** |

Pending before the Court is Plaintiff's notice of dismissal.  (ECF No. 63.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's individual claims are dismissed with prejudice.  Plaintiff's claims on behalf of a putative class are dismissed without prejudice.  Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated:  February 26, 2026

Hon. M. James Lorenz
United States District Judge

1

3:24-cv-02320-L-DDL